1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 WILLIAMSBURG LANE
   CHICO, CA. 95926
4  Telephone:   (530) 895-3252
5  Facsimile:   (530) 894-8244

6  Attorney for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 TONY HARRIS                        No: CIV.S-05-1459 FCD CMK

13     Plaintiff,

14     vs.                            **STIPULATION TO AMEND
                                      COMPLAINT AND ORDER
15 BED BATH & BEYOND OF CALIFORNIA,   THEREON**
16 LLC DBA BED BATH & BEYOND #587;
   PAN PACIFIC DEVELOPMENT, LLC.
17
18     Defendants.

19     The parties, subject to approval of the Court, stipulate as follows:

20

21     1.   Attorney Rebecca Hamilton has advised plaintiff that the property

22 owner is not named correctly on Plaintiff's First Amended Complaint, the

23 property owner's name should read as "PAN PACIFIC RETAIL PROPERTIES,
24
   INC." rather than Pan Pacific Development, LLC as it currently appears on the
25
26 Amended Complaint.

27     2.   The parties agree that plaintiff shall and may amend the complaint, a
28

Stipulation to Amend Complaint and Order Thereon          Harris v. Bed Bath & Beyond
                                                          Case No. CIV.S-05-1459 FCD CMK

second time, to name PAN PACIFIC RETAIL PROPERTIES, INC. as a defendant and parties agree to dismiss defendant Pan Pacific Development, LLC, only from the above mentioned action.

    3.    Defendants BED BATH & BEYOND OF CALIFORNIA, LLC DBA BED BATH & BEYOND #587 shall have 20 days to file an answer or otherwise respond to the second amended complaint, after service thereof.

Dated: October 13, 2005           LAW OFFICES OF LYNN HUBBARD

                                                   /s/ Lynn Hubbard, Esquire /
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: October 13, 2005           CAULFIELD DAVIES & DONAHUE

                                                   Signature on file /
REBECCA WEINSTEIN-HAMILTON
Attorney for Defendant BED BATH &
BEYOND OF CALIFORNIA, LLC DBA
BED BATH & BEYOND #587

IT IS SO ORDERED.  Additionally, the court orders that plaintiff shall file and serve the 2nd Amended Complaint within 20 days of this order.

Date: October 14, 2005            /s/ Frank C. Damrell Jr.
                                                  Judge of the District Court