# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS, | No. CIV S-05-1459-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| BED BATH & BEYOND OF CALIFORNIA, LLC, et al., | |
| Defendants. | |
| _____/ | |

On October 13, 2005, the parties filed a stipulation allowing plaintiff to file and serve a second amended complaint to correctly name a defendant. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading ". . . once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). Once a responsive pleading is filed, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See id. In this case, no responsive pleading has yet been filed. Plaintiff filed a first amended complaint on August 9, 2005. Therefore, plaintiff has already amended once as a matter of right. The current stipulation is thus properly before the court in lieu of a motion for leave to amend. Good cause appearing therefor, the parties' stipulation will be approved.

1

1  The parties are reminded of their continuing obligation to comply with the court's
2 July 20, 2005, order requiring submission of a joint status report.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. Within 30 days of the date of service of this order, plaintiff shall file a
5 second amended complaint consistent with the parties' stipulation filed on October 13, 2005; and
6  2. Defendants shall file their response to the second amended complaint
7 within 20 days after service thereof.
8 DATED: October 17, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE