```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  TONY HARRIS,
12              Plaintiff,
13       v.                             NO. CIV. S-05-1419 LKK/GGH
14  CIRCUIT CITY STORES WEST
    COAST, INC., dba CIRCUIT
15  CITY #3322, et al.,
16              Defendants.
                                      /
17  TONY HARRIS,
18              Plaintiff,
19       v.                             NO. CIV. S-05-1459 LKK/GGH
20  BED, BATH & BEYOND OF CALIFORNIA,
    LLC, dba BED, BATH & BEYOND #587,
21  et al.,
22              Defendants.
                                      /
23
24              **STATUS (PRETRIAL SCHEDULING) ORDER**
25  ////
26  ////
```

1

1    Pursuant to court order, a Status (pretrial scheduling)
2 Conference was held in Chambers on December 19, 2005.  SCOTT
3 HUBBARD appeared as counsel for plaintiff in both cases; MARC
4 KOENISBERG appeared as counsel for defendant Circuit City; REBECCA
5 WEINSTEIN-HAMILTON appeared as counsel for defendant Bed, Bath &
6 Beyond and Pan Pacific.  After hearing, the court makes the
7 following findings and orders:

**FURTHER STATUS CONFERENCE**

A further Status Conference is now SET for January 23, 2006 at 1:30 p.m.  The parties are reminded of their obligation to file and serve status reports not later than ten (10) days preceding the conference.

IT IS SO ORDERED.

DATED: December 20, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2